1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RIVERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUDREY KING, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00276-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANTS KING AND LAM BE DISMISSED<br><br>(ECF No. 13) |

   Plaintiff Steve Rivers ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, initiated this civil rights action on February 23, 2015. On January 28, 2016, the magistrate judge issued findings and recommendations recommending dismissal of Defendants Audrey King and Phil Lam, M.D., from this action for failure to state a claim. (ECF No. 13.) Plaintiff was provided an opportunity to file objections within fourteen (14) days after service. (Id. at 2.)  More than fourteen (14) days have passed and no objections were filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on January 28, 2016 (ECF No. 13) are ADOPTED in full; and

2. Defendants Audrey King and Phil Lam, M.D., are DISMISSED with prejudice from this action for Plaintiff's failure to state a claim against them.

IT IS SO ORDERED.

Dated: **February 23, 2016**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE