# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RIVERS, | Case No.: 1:15-cv-00276-LJO-BAM (PC) |
| Plaintiff, | ORDER TO RECAPTION CASE |
| v. | |
| AUDREY KING, et al., | |
| Defendants. | |

Currently this action proceeds only against Defendants Jagsir Sandhu, M.D., Kim Nguyen, M.D., and Johnny Lopez, R.N. Accordingly, the caption for this case shall be as follows:

| | |
|---|---|
| STEVE RIVERS, | Case No.: 1:15-cv-00276-LJO-BAM (PC) |
| Plaintiff, | |
| v. | |
| JAGSIR SANDHU, et al., | |
| Defendants. | |

IT IS SO ORDERED.

Dated: **February 23, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28