# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE RIVERS,<br><br>            Plaintiff,<br><br>      v.<br><br>JAGSIR SANDHU, et al.,<br><br>            Defendants. | Case No.: 1:15-cv-00276-LJO-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION AND REQUEST TO RE-OPEN DISCOVERY FOR THE LIMITED PURPOSE OF TAKING PLAINTIFF'S DEPOSITION<br><br>(ECF No. 30) |

Plaintiff Steve Rivers ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 15, 2017, Defendants filed a request for an extension of time to file a dispositive motion and to re-open discovery for the limited purpose of taking Plaintiff's deposition. (ECF No. 30). The current dispositive motion deadline is April 3, 2017.

Given the limited request and the approaching deadline, Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' request for an extension of time to file a dispositive motion and to re-open discovery on or before **March 31, 2017.**

IT IS SO ORDERED.

Dated:   **March 17, 2017**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

1